**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

DANA DELMAN, on behalf of herself and all others similarly situated,

Plaintiff,

v.

J. CREW GROUP, INC., J. CREW INTERNATIONAL, INC., and MILLARD DREXLER,

Defendants.

Case No. 2:16-cv-09219-MWF-AS

The Hon. Michael W. Fitzgerald

**ORDER GRANTING APPLICATION TO MODIFY FEBRUARY 7, 2017 ORDER**

On March 1, 2017, Plaintiff filed an unopposed *ex parte* application seeking modification of the Court's February 7, 2017 order (Dkt 13). The Court has considered the Application, and good cause appearing, the Application is **GRANTED** as follows:

1. Plaintiff shall file her First Amended Complaint by March 7, 2017;
2. If Defendants respond with a motion to dismiss, Defendants shall file their motion to dismiss on March 27, 2017;
3. Plaintiff shall file her opposition to the motion to dismiss on April 10, 2017;
4. Defendants shall file their reply in support of the motion on April 24, 2017; and
5. The hearing on the motion to dismiss shall be held on May 8, 2017 at 10:00 a.m. in Courtroom 1600.

**IT IS SO ORDERED.**

DATED: March 2, 2017

The Hon. Michael W. Fitzgerald
U.S. DISTRICT COURT JUDGE