David N. Lake, Esq., State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE**
 **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 788-5199
david@lakelawpc.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA DELMAN, on behalf of herself and all others similarly situated, | Case No. 2:16-cv-09219-MWF(ASx) |
| Plaintiff, | **PLAINTIFF DELMAN'S NOTICE OF AFTER-FILED RELATED CASE PENDING IN THIS DISTRICT** |
| v. | |
| J. CREW GROUP, INC., J. CREW INTERNATIONAL, INC., and MILLARD DREXLER, | |
| Defendants. | |

NOTICE OF RELATED CASE

Pursuant to Local Rule 83-1.3, Plaintiff Dana Delman hereby provides notice of an after-filed related case pending in the Central District of California. The related case is: *Press v. J.Crew*, Case No. 2:17-cv-04315-JFW-AGR. Plaintiff Delman's counsel first became aware of the *Press* action during a routine review of litigation against J. Crew during the week of August 7, 2017.

The *Press* action, like *Delman*, asserts on a class action basis the same core false advertising scheme effected by the Defendants herein, and seeks similar relief. Moreover, there is considerable overlap between the members of the classes alleged in both cases, as they include purchasers of J. Crew items allegedly deceived by J.Crew's asserted practice of advertising phantom discounts. J.Crew customers may purchase at both brick and mortar stores and over the Internet; thus, many members of the class asserted in this case are likely also members of the in-store class asserted in *Press.*

As in the instant case, plaintiff in *Press* alleges claims under California consumer law against J.Crew. The *Press* Complaint asserts at paragraph 1:

> "during at least the past four years, Defendant has misled consumers by advertising the false former, original or regular prices which were fabricated, and corresponding phantom 'savings' on women's, men's, and children apparel, shoes, and accessories…"

*Press*, Docket #1.

Likewise, the instant Delman Second Amended Class Action Complaint summarizes Plaintiff's claims against J.Crew as follows:

> "apparel and other items [are] sold at what appears to be a significant discount. But, in the vast majority of cases, there is no discount of the magnitude asserted, or no discount at all, and the goods are being sold at their ordinary retail prices. By not delivering the value represented, Defendants are engaging in deceptive conduct." *Delman*, Docket # 35, ¶ 2.

-2-
NOTICE OF RELATED CASE

*Delman* also alleges, as does *Press*, that J.Crew creates an impression that goods have been marked down from former prices. *Id.,* ¶ 4.

Although Judge Walter previously declined to transfer the *Press* case at an early stage (*Press* Docket # 11), the recent motion to dismiss filed by Defendants in *Press* (*Press* Docket #25) is strikingly similar to the motion to dismiss filed by Defendants in *Delman*, making clear that Judge Walter is being asked to rule on almost all of the very same issues previously presented to (and decided by) this Court in its May 15, 2017 opinion. (*Delman* Docket #34).  In addition, Defendants have arranged for a class action mediation in *Press* before retired Judge Infante in November 2017. This mediation may affect the interests of Plaintiff Delman and the Class she seeks to represent.

It is now clear that the two cases, if they remain before different Judges of this District, pose a real and significant threat of inconsistent rulings, duplication of labor and the waste of private and judicial resources.  Moreover, consolidation before one Judge can aid in *global* settlement negotiations.

Based on the foregoing, Plaintiff Delman respectfully submits that the *Press* case qualifies for related case transfer to the Hon. Michael W. Fitzgerald.

Dated:   August 16, 2017

**LAW OFFICES OF DAVID N. LAKE**


By: /s/ *David N. Lake*
    David N. Lake

Laurence D. Paskowitz
**THE PASKOWITZ LAW FIRM P.C.**
208 East 51st Street, Suite 380
New York, NY 10022
212-685-0969
lpaskowitz@pasklaw.com

and

Roy L. Jacobs
**ROY JACOBS & ASSOCIATES**
420 Lexington Avenue, Suite 2440
New York, NY 10170
212-867-1156
rjacobs@jacobsclasslaw.com

*Attorneys for Plaintiff*

NOTICE OF RELATED CASE